**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-60170-CIV-ROSENBAUM/HUNT**

WILLIAM TAYLOR,

      Plaintiff,

vs.

HDM ENTERPRISE, LLC,
d/b/a BAGEL TIME,

      Defendant.

_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL;**
**ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**

      This matter is before the Court upon the parties' Joint Notice of Settlement [D.E. 38] filed

on March 14, 2013, indicating this matter has been settled.  In light of the Notice, the Court hereby

directs the parties to submit a joint stipulation of dismissal **within ten (10) calendar days** of the date

of this Order so that the case file may be closed.  If the parties would like the Court to retain

jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the

settlement agreement contingent upon the Court's retaining jurisdiction.  *See Anago Franchising,*

*Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  Additionally, the parties shall expressly include

notification to the Court in their stipulation that the dismissal of the action is contingent upon the

Court retaining jurisdiction to enforce the terms of the settlement agreement.

      Further, in light of the above, the deadline for Plaintiff to respond to Defendant's Motion to

Dismiss Complaint [D.E. 11] is extended until **April 5, 2013**.

   **DONE and ORDERED** at Fort Lauderdale, Florida, this 18th day of March 2013.

               _____
               ROBIN S. ROSENBAUM
               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record